UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY BIGGS-LEAVY,

Plaintiff,

v.

Case No. 25-cv-12567
Honorable Linda V. Parker

LASHAWN JOHNSON, ROYTREAL KIETH-DEQUANTYE JOHNSON, GENESEE COUTY BOARD OF CANVASSERS, FLINT CITY CLERK, CITY OF FLINT, MICHIGAN SECRETARY OF STATE JOCELYN BENSON, and JOHN DOES 1-10.

Defendants.
______________________________/

# JUDGMENT

Plaintiff filed this lawsuit claiming misconduct during the Flint City Council Election on August 5, 2025. Defendants filed motions to dismiss, which the Court granted in an Opinion and Order entered on today's date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** in that her federal claims (Counts I, II, and IV and V) are dismissed with prejudice and her state law claim (Count III) is dismissed without prejudice.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 27, 2026